IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| VS. | *   CR. NO. 04-00220-CG |
| DIANA S. POWELL<br>a/k/a Diana Schilling Powell McLeod | * |
| Defendant. | * |

## ORDER

Restitution was not imposed in this action at sentencing because the court was informed by the parties that restitution had been paid. The court understood that to mean that restitution had been paid directly to the Social Security Administration. The court has recently been advised by the Clerk of Court that he is holding the restitution amount of $19,740.90, which was paid into the registry of the court by the defendant on March 31, 2005, and that he cannot distribute said funds to the victim without an order from the court. Therefore, for good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical error contained on the record and in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc sheet 5A of the judgment, which was entered in the above styled case on April 18, 2005, to read as follows:

Pursuant to the plea agreement, the defendant shall make restitution to the Social Security Administration, Debt Management Section, Attn: Court Refund, Post Office Box 2861, Philadelphia, Pennsylvania, 19122, RE: Claim Number            in the amount of $19,740.90. Restitution is due immediately and payable in full, and is to be paid through the Clerk, U.S. District Court. Neither interest, nor penalties shall accrue on this debt.

**DONE AND ORDERED** this 26th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE